Official Form 417A (12/23)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1.  Name(s) of appellant(s):

**Amanda Morales**————————————— ————————————— _  _
—————————————————————————————————

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

 Motion to pierce the corporate veil and include Rickard Sackler as a debtor, motion/complaint to object to discharabilty of debt

For appeals in an adversary proceeding.      For appeals in a bankruptcy case and not in an
❑ Plaintiff        adversary proceeding.

❑ Defendant  ❑ Debtor

❑ Other (describe) ———————— ■ Creditor

❑ Trustee
❑ Other (describe) ————————————

### Part 2: Identify the subject of this appeal

1.  Describe the judgment—or the appealable order or decree—from which the appeal is taken:

————————————————

| | Document Name | | |
|---|---|---|---|
| Docket # 8270 | MODIFIED BENCH RULING Signed On 11/20/2025, Granting Confirmation Of The Eighteenth Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma L.P. | Date Filed | 11/20/2025 |

And Its Affiliated
Debtors

    Attachments:
    Related:

2. State the date on which the judgment—or the appealable order or decree—was entered:

11/20/2025 ——————————————— _____

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

Purdue Transdermal Technologies L.P.

Purdue Pharma Manufacturing L.P

Purdue Pharmaceuticals L.P.

Imbrium Therapeutics L.P.

Adlon Therapeutics L.P.

Greenfield BioVentures L.P.

Seven Seas Hill Corp.

Ophir Green Corp

Purdue Products L.P. (f/k/a Avrio Health L.P.)

Purdue Pharmaceutical Products L.P

Purdue Neuroscience Company

Nayatt Cove Lifescience Inc.

Button Land L.P.

Rhodes Associates L.P.

Rhodes Pharmaceuticals L.P.

Rhodes Technologies

UDF LP

SVC Pharma LP

SVC Pharma Inc.

Purdue Pharma L.P.

Purdue Pharma Inc.

## Debtors' Counsel

- ***Davis Polk & Wardwell LLP***

450 Lexington Avenue
New York, NY   10017
https://www.davispolk.com/
Phone: 212.450.4000
Fax: 212.701.5800

Marshall S. Huebner
Timothy Graulich
Eli J. Vonnegut

Official Form 417A                    Notice of Appeal and Statement of Election                    page 1

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____                    Date:   11/25/2025
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

**Amanda Morales**
**Pro se**
**205 Calle Del Banco**
**Bernalillo, NM 87004**
**(505)318-2400**
**ajlare356@gmail.com**

_____
_____
_____
_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Official Form 417A                    Notice of Appeal and Statement of Election                    page 2