UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2026

In re:

PURDUE PHARMA L.P., *et al.*,

                              Debtors.

ROSEMARY HELEN ZIZIROS WALKER, *et al*.,

                              Appellants,

    -against-

PURDUE PHARMA L.P., *et al.*,

                              Appellees.

No. 25-cv-09681 (NSR)
No. 25-cv-10158 (NSR)
No. 25-cv-10282 (NSR)
No. 25-cv-10327 (NSR)
No. 25-cv-10420 (NSR)
No. 25-cv-10427 (NSR)
No. 25-cv-10433 (NSR)
No. 25-cv-10646 (NSR)
No. 26-cv-00045 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court GRANTS the Purdue Master Disbursement Trust's ("MDT") motion to substitute for Appellee the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants ("AHC") pursuant to Rule 25(c) of the Federal Rules of Civil Procedure. The Court finds that substitution is appropriate because, following the Effective Date of Purdue Pharma L.P.'s Chapter 11 Plan (the "Plan"), the MDT succeeded to certain rights and interests established under the Plan and now serves as the entity responsible for protecting interests previously represented by the AHC. The Court further finds that substitution will promote the efficient administration of these consolidated appeals and will not prejudice any party, as the MDT is represented by the same counsel as the AHC and does not seek any modification of the existing briefing schedule or other deadlines. In light of the Court's decision to permit substitution, the MDT's alternative request to intervene is DENIED AS MOOT.

The Clerk of Court need not reenter this Order on docket No. 25-cv-09681.  Instead, the Clerk of Court is respectfully directed to enter this Order on the remaining dockets, in addition to terminating the motions in the following dockets: (1) ECF No. 59 on No. 25-cv-10158; (2) ECF No. 79 on No. 25-cv-10282; (3) ECF No. 56 on No. 25-cv-10327; (4) ECF No. 49 on No. 25-cv-10420; (5) ECF No. 59 on No. 25-cv-10427; (6) ECF No. 61 on No. 25-cv-10433; (7) ECF No. 44 on No. 25-cv-10646; and (8) ECF Nos. 20 and 21 on No. 26-cv-00045.

SO ORDERED.

Dated: June 15, 2026
      White Plains, NY

_____
Nelson S. Román, U.S.D.J.

2